# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

　　　　　　　　　　　　　　　Plaintiff,

vs.

MIKAYLA PFEFFERKORN (2)

　　　　　　　　　　　　　　　Defendant.

Case No. 19CR4572-WQH

JUDGMENT OF DISMISSAL

FILED

DEC 0 3 2019

CLERK U S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY　　　　　　　　　　　　　　DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐　the Court has dismissed the case for unnecessary delay; or

☒　the Court has granted the motion of the Government for dismissal, without prejudice; or

☐　the Court has granted the motion of the defendant for a judgment of acquittal; or

☐　a jury has been waived, and the Court has found the defendant not guilty; or

☐　the jury has returned its verdict, finding the defendant not guilty;

☒　of the offense(s) as charged in the Information:

　8:1324(a)(1)(A)(ii), (v)(II) - Transportation of Certain Aliens and Aiding and Abetting

Dated:　12/3/2019

Hon. Mitchell D. Dembin
United States Magistrate Judge